CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 3 2015

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **DR. FELIX GUZMAN RIVADENEIRA,** ) | Civil Action No. 7:15-cv-00321 |
| **Plaintiff,** ) | |
| ) | **MEMORANDUM OPINION** |
| **v.** ) | |
| ) | **By:** **Michael F. Urbanski** |
| **DEPARTMENT OF HOMELAND** ) | **United States District Judge** |
| **SECURITY,** *et al,* ) | |
| **Defendant(s).** ) | |

Dr. Felix Guzman Rivadeneira, proceeding pro se, filed a civil rights complaint, pursuant

to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). By

Order entered June 17, 2015, the court directed plaintiff to submit within 10 days from the date

of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's

trust fund account statement for the six-month period immediately preceding the filing of the

complaint, obtained from the appropriate prison official of each prison at which plaintiff is or

was confined during that six-month period as well as an executed verified statement. Plaintiff

was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described

conditions. Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court. Plaintiff may refile the claims in a separate action once

plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

ENTER: This ___13R___ day of July, 2015.

/s/ *Michael F. Urbanski*

_____
United States District Judge